IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2619-AP**

**MICHELLE L. GUMP,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #15), filed July 9, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$1452.50**. Payment shall be made payable via assignment to Plaintiff's counsel, Alan M. Agee.

Dated at Denver, Colorado, this 9th day of July, 2008.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT